UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOHN RAIMONDI

                Plaintiff(s),              **RULE 7.1 STATEMENT**

  -against-                                 07   Civ. 6021 (LAK)

METRO-NORTH RAILROAD COMPANY,

                Defendant(s).
-------------------------------------------------------------X

METRO-NORTH COMMUTER RAILROAD ("METRO-NORTH") is a public benefit corporation.  (See N.Y. Pub. Auth. L. §§1260, et seq. (McKinney 1982 & Supp. 1992).)

Accordingly, Rule 7.1 does not apply to Metro-North.

Dated: New York, New York        RICHARD K. BERNARD
       July 18, 2007                 GENERAL COUNSEL

                                         BY:_____S/_____
                                       Frank Rinaldi (FR-4958)
                                   Attorneys for Defendant
                                   347 Madison Avenue
                                   New York, New York  10017
                                   212-340-2027