UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JOHN RAIMONDI,

                                                                                                    07 Civ. 6021 (LAK)

              Plaintiff,

                                                                                                     <u>ANSWER</u>

              -against-

METRO-NORTH RAILROAD COMPANY,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Defendant Metro-North Commuter Railroad ("Metro-North"), for its answer to the complaint herein, alleges as follows:

      1.      Denies the truth of the allegations in ¶1 of the Complaint, except admits that plaintiff purports to assert jurisdiction under the Family Medical Leave Act ("FMLA"), 29 U.S.C. § 2601 <u>et</u> <u>seq.</u>

      2.      Admits that in ¶2 of the Complaint plaintiff purports to assert jurisdiction under FMLA and that plaintiff purports to place venue in the Southern District in New York.

      3.      Lacks knowledge or information sufficient to form a belief as to the truth of the allegations regarding plaintiff's current address contained in ¶ 3 of the Complaint.

      4.      Admits that Metro-North was an employer of plaintiff within the meaning of 42 U.S.C. § 2000e, <u>et seq.</u> and that Metro-North has more than fifteen employees, and avers that Metro-North is a public benefit corporation under N.Y. Pub. Auth. Law §§ 1260, <u>et seq</u>.

      5.      Admits to the allegations in ¶ 5 of the Complaint.

      6.      Admits to the allegations in ¶ 6 of the Compliant.

7. Admits to the allegations in ¶ 7 of the Compliant.

8. Denies the truth of each and every allegation in ¶ 8 of the Complaint.

9. Denies the truth of each and every allegation in ¶ 9 of the Complaint.

10. Denies the truth of each and every allegation in ¶10 of the Complaint.

11. Denies the truth of each and every allegation in ¶11 of the Complaint.

12. Denies the truth of each and every allegation in ¶12 of the Complaint.

13. Denies the truth of each and every allegation in ¶13 of the Complaint.

14. Denies the truth of each and every allegation in ¶14 of the Complaint.

15. Denies that plaintiff is entitled to any of the relief he demands in the "Wherefore" clause of the Complaint.

## FIRST AFFIRMATIVE DEFENSE

16. Plaintiff has failed mitigate his damages, upon information and belief.

## SECOND AFFIRMATIVE DEFENSE

17. This Court lacks subject matter jurisdiction because the Railway Labor Act, 45 U.S.C. § 151, et seq., preempts the causes of action asserted in the Complaint.

## THIRD AFFIRMATIVE DEFENSE

18. Plaintiff has failed to exhaust his administrative remedies under the collective bargaining agreement governing his employment.

## FOURTH AFFIRMATIVE DEFENSE

19. The Complaint fails to state a claim upon which relief may be granted.

WHEREFORE, defendant requests that this Court dismiss the complaint, award defendant its costs and attorney's fees, and grant defendant such other and further relief as the Court deems just and proper.

Dated: New York, New York
       July 18, 2007

                              Richard K. Bernard
                              General Counsel, Metro-North Commuter Railroad
                              Attorney for Defendant

                              By:  __S/_____
                                    Frank Rinaldi (FR - 4958)
                                    Senior Litigation Counsel
                              347 Madison Avenue
                              New York, New York   10017
                              (212) 340-2027

CERTIFICATE OF SERVICE

STATE OF NEW YORK      :
                       : ss:
COUNTY OF NEW YORK     :

CAROL MCCANN, being duly sworn, deposes and says:

I am not a party to this action, am 18 years of age and reside in Poughkeepsie, New York.

On July 18, 2007, I served a true copy of the annexed Answer and Rule 7.1 Statement, with postage pre-paid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addresses to the last known address of the addressee(s) as listed below:

Charles C. Goetsch, Esq.
Cahill, Goetsch & Maurer P.C.
43 Trumbull Street
New Haven, Connecticut 06511
(203) 777-1000

Attorneys for Plaintiff

___S/_____
Carol McCann

Sworn to me this
_18_ day of July 2007

_____S/_____
Notary Public