# United States District Court

__Southern__ DISTRICT OF __New York__

JOHN RAIMONDI

V.

METRO-NORTH RAILROAD COMPANY

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**07 CV 6021**

**JUDGE KAPLAN**

TO: (Name and address of defendant)

Linda Montanino
Agent for Service
Metro-North Railroad Company
347 Madison Avenue
NY, NY 10017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles C. Goetsch, Esq.
Cahill, Goetsch & Maurer, P.C.
43 Trumbull Street
New Haven, CT 06511

an answer to the complaint which is herewith served upon you, within _____ Twenty (20) _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(BY) DEPUTY CLERK

JUN 25 2007

DATE

UNITED STATES DISTRICT COURT

DISTRICT OF NEW YORK

| | |
|---|---|
| John Raimondi<br><br>    Plaintiff | Civil Action<br>No: 07CV6021 |
| VS. | June 28, 2007 |
| Metro-North Railroad Company<br><br>    Defendant | |

**WAIVER OF SERVICE OF SUMMONS**

    I acknowledge receipt of your request that I waive service of a summons in the action of John Raimondi v. Metro-North Railroad Company, which is case number 07CV6021 in the United States District Court for the DISTRICT OF NEW YORK. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within sixty (60) days after June 28, 2007, or within ninety (90) days after that date if the request was sent outside the United States.

_Linda Montowino_
Signature

_Asst. Sect. + Litigation Agent_
Relationship to Entity/
Authority to Receive Service of Process for
Defendant _Mexco-North_

_7/6/07_
Date of Signature

2