UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
John Raimondi,

           Plaintiff(s),                    07-cv-06021 (LAK)

    v.

Metro-North Railroad Company,
           Defendant(s).
------------------------------------- x

[Stamp: OCT 2 - 2007   JUDGE KAPLAN'S CHAMBERS]

### Consent Scheduling Order

Upon consent of the parties, it is hereby

ORDERED as follows:

1. No additional parties may be joined after __October 30, 2007__

2. No amendments to the pleadings will be permitted after __November 30, 2007__

3. The parties shall make required Rule 26(a)(2) disclosures with respect to:

   (a) expert witnesses on or before __December 15, 2007__

   (b) rebuttal expert witnesses on or before __January 15, 2008__

4. All discovery, including any depositions of experts, shall be completed on or before __March 1, 2008__

5. A joint pretrial order in the form prescribed in Judge Kaplan's individual rules shall be filed on or before __March 15, 2008__.

6. No motion for summary judgment shall be served after the deadline fixed for submission of the pretrial order. The filing of a motion for summary judgment does not relieve the parties of the obligation to file the pretrial order on time.

7. If any party claims a right to trial by jury, proposed voir dire questions and jury instructions shall be filed with the joint pretrial order.

8. Each party or group of parties aligned in interest shall submit not less than ten (10) days prior to trial (a) a trial brief setting forth a summary of its contentions and dealing with any legal and evidentiary problems anticipated at trial, and (b) any motions in limine.

9. This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the date hereof. Counsel should not assume that extensions will be granted as a matter of routine.

Dated:  October 3, 2007

                                                     Lewis A. Kaplan
                                                     United States District Judge

CONSENTED TO: [signatures of all counsel]

FOR THE PLAINTIFF
By his attorneys,

BY *[signature]*
Charles C. Goetsch, Esq. (CG9082)
CAHILL, GOETSCH & MAURER, P.C.
43 Trumbull Street
New Haven, Connecticut 06511
(203) 777-1000

FOR THE DEFENDANT,
METRO_NORTH RAILROAD COMPANY

BY _____
Frank Rinaldi (FR-4958)
General Counsel-Metro North Railroad Co.
347 Madison Avenue
New York, NY 10017
(212)340-2027

*The information contained in this facsimile is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via U.S. Postal Service.*

\* NOT COUNTING COVER SHEET. IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US IMMEDIATELY AT