UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JOHN RAIMONDI,

                     Plaintiff,              STIPULATION OF
                                                   DISCONTINUANCE

                                                   07 CIV. 6021 (LAK)

      --against--

MTA METRO-NORTH COMMUTER RAILROAD,

                     Defendant.

------------------------------------------------------------x

     IT IS HEREBY STIPULATED and agreed by and between the undersigned, the attorneys for the respective parties to this action: the claims of plaintiff John Raimondi hereby are discontinued with prejudice; and this action is hereby discontinued it its entirety with prejudice.

Dated: New York, New York
          December 30, 2007

Charles C. Goetsch, Esq.                    Richard K. Bernard, General Counsel
Attorneys for Plaintiff John Raimondi       Metro-North Commuter Railroad
                                                       Attorneys for the Defendants

By: *(signature)*                                    By: *(signature)*
    Charles C. Goetsch, Esq.                        Frank Rinaldi
    Cahill, Goetsch & Maurer                   Sr. Litigation Counsel
    43 Trumbell Street                              347 Madison Avenue
    New Haven, Ct. 06511                       New York, New York 10017
    (203) 777-1000                                    (212) 340-2027

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/08

1/7/08